IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

EMILY DIANE CONNER, as ADMINISTRATRIX
OF THE ESTATE OF LEE ARTIS BROWN, DECEASED
AND LINDA BROWN

VS  NO. 3:04CV00262 GH

JAMES TAULBEE and STAR TRANSPORT, INC.

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 90 days of this order.

DATED: SEPTEMBER 15, 2005

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK

BY: /s/ Patricia L. Murray
    COURTROOM DEPUTY CLERK